UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CR-00374-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA LAVERN WILLIAMS

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Amended Notice of Appeal filed September 15, 2006, pursuant to Federal Rule of Criminal Procedure 58.  The Court hereby establishes the following briefing schedule for the appeal:

Appellant's Opening Brief shall be filed on or before **Tuesday, October 31, 2006**.  Appellee's Response Brief shall be filed on or before **Monday, November 20, 2006**.  Appellant's Reply Brief shall be filed on or before **Thursday, November 30, 2006**.

A hearing on this appeal is set for **Thursday, December 7, 2006,** at **1:30 p.m.**

Dated:  October 12, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge