UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CR-00374-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA LAVERN WILLIAMS

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on the Unopposed Motion for Extension of Time and Request for Status Conference, filed by Defendant on October 17, 2006 (docket #62). Upon consideration of the motion and the file herein, I find that the motion should be **GRANTED**. Accordingly, it is hereby

    ORDERED that the briefing schedule and the December 7, 2006, hearing, as set forth in the Court's Order of October 12, 2006, are **VACATED**. It is

    FURTHER ORDERED that a status conference shall take place on **Thursday, October 26, 2006, at 3:00 p.m.** Defendant need not be present at the status conference.

    Dated: October 19, 2006

                                      BY THE COURT:
                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge