UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CR-00374-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA LAVERN WILLIAMS

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on the Status Report filed January 8, 2007. Pursuant to the information therein, the Court hereby establishes the following briefing schedule for the appeal in this case:

    Appellant's Opening Brief shall be filed on or before **Monday, April 16, 2007.**

Appellee's Response Brief shall be filed on or before **Monday, May 7, 2007.**

Appellant's Reply Brief shall be filed on or before **Tuesday, May 22, 2007.**

    If necessary, a hearing on this appeal shall be set by subsequent Order.

    Dated: January 10, 2007

                                BY THE COURT:
                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge