UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CR-00374-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA LAVERN WILLIAMS

    Defendant.
_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

    THIS MATTER is before the Court on the Order to Show Cause, entered May 23, 2007, ordering the United States to show cause, in writing, why I should not impose sanctions for failure to comply with the deadlines set forth in my January 10, 2007 Order.  The United States filed a response to the Order to Show Cause on June 1, 2007.  I have reviewed the United States' response, and find that the Order to Show Cause, entered May 23, 2007 (docket #70) should be and hereby is **DISCHARGED**.  It is

    FURTHERED ORDERED that Appellee's Response Brief is due to be filed on or before **Friday, July 6, 2007.**  It is

    FURTHER ORDERED that Appellant's Motion for Extension of Time to File Reply Brief, filed May 10, 2007 (docket #69) is **DENIED AS MOOT**.

Dated: June 6, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge